# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KEITH LONDON,**
        Petitioner,

    v.                          Case No. 12-CV-01078

**JEAN DiMOTTO, DAVID A. CLARK, JR.,**
**and RICHARD POULSEN,**
        Respondents.

## ORDER

Pro se petitioner Keith London filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. I informed him that it should have been filed under 28 U.S.C. § 2254 and gave him until May 3, 2013 to amend his petition. I warned him that I would dismiss the case if he did not amend by this deadline. Since petitioner has not filed anything with the court, I will dismiss the case.

**THEREFORE, IT IS ORDERED** that the case is **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 10th day of May 2013.

                                                  s/ Lynn Adelman
                                                  _____
                                                  LYNN ADELMAN
                                                  District Judge